**FILED**

June 9, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> REARTIST RENEE WILLIAMS, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-MJ-0161 KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Reartist Renee Williams; Case 2:11-MJ-0161 KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __X__   Release on Personal Recognizance

    __ __   Bail Posted in the Sum of _____

    __ __   Unsecured Appearance Bond in the amount of $

    __ __   Appearance Bond with 10% Deposit

    __ __   Appearance Bond secured by Real Property

    __ __   Corporate Surety Bail Bond

    __X__   (Other) Pretrial Supervision/Conditions.

Issued at __Sacramento, CA__ on _____6/9/11_____ at ____2:58 PM_____ .

By _____
Kendall J. Newman
United States Magistrate Judge