UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 9, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>REARTIST RENEE WILLIAMS, )<br>)<br>Defendant. ) | CASE NUMBER: 2:11-MJ-0161 KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Reartist Renee Williams; Case 2:11-MJ-0161 KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __X__   Release on Personal Recognizance

    __ __   Bail Posted in the Sum of _____

    __ __   Unsecured Appearance Bond in the amount of $

    __ __   Appearance Bond with 10% Deposit

    __ __   Appearance Bond secured by Real Property

    __ __   Corporate Surety Bail Bond

    __X__   (Other) Pretrial Supervision/Conditions.

Issued at __Sacramento, CA__ on _____6/9/11_____ at _____2:58 PM_____ .

By _____/s/_____
Kendall J. Newman
United States Magistrate Judge